# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1183
_____

SABA JAZMIN KAZRAVAN,

Appellant,

v.

FLORIDA BOARD OF NURSING,

Appellee.

_____

On appeal from the Department of Health, Board of Nursing.
Deborah Becker, DNP, RN, CNE, Chair.

September 16, 2024

PER CURIAM.

DISMISSED.

LEWIS, B.L. THOMAS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Saba Jazmin Kazravan, pro se, Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Department of Health, Tallahassee, for Appellee.